IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSHUA KALISTA,<br><br>        Defendant. | 4:16CB3001<br><br>DISMISSAL ORDER |

Upon the Motion of the Government, violation 2461784 is dismissed.

February 3, 2022.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge